NATIONAL SURETY CORPORATION, Substituted for UNITED VAN SERVICE, v. CHELSEA FIREPROOF STORAGE WAREHOUSES, INC., and Another.— Motion for a

reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.